**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

ENVIRONMENTAL PROTECTION INFORMATION CENTER et al.,

Plaintiffs,

v.

NATIONAL MARINE FISHERIES SERVICE et al.,

Defendants.

Case No. 3:26-cv-07176-VC

~~[PROPOSED]~~ ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

The Honorable Vince Chhabria

Before the Court is State Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related, requesting that this matter be related to *State of California et al. v. Burgum et al.*, Case No. 4:26-cv-10071-ASK (N.D. Cal., Sep. 9, 2026) and *Defenders of Wildlife v. U.S. Fish and Wildlife Service et al.*, Case No. 3:26-cv-07507-VC (N.D. Cal., Jul. 20, 2026).

I find the cases to be related and for that reason the motion is GRANTED.

IT IS SO ORDERED.

Dated: 9/30/2026

HON. VINCE CHHABRIA
United States District Judge



ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744